EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U.S. Attorney

JUSTIN B. CLANCY
Special Assistant U.S. Attorney
300 Ala Moana Boulevard
Room 6-100
Honolulu, Hawaii 96850
Telephone: 440-9248

Attorneys for Plaintiff,
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 12 2002

at 4 o'clock and 95 min. P. M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. CR 02-00472 |
|---|---|---|
| Plaintiff, | ) | INFORMATION |
| vs. | ) | [18 U.S.C. § 1361] |
| KURT N. ISHIKAWA, | ) | |
| Defendant. | ) | |

INFORMATION

The United States Attorney charges:

That on or about March 7, 2002, in the District of Hawaii, at Pearl Harbor, Hawaii, KURT N. ISHIKAWA, defendant herein, did willfully injure property of the United States, that is, a soda vending machine located immediately outside and adjacent to the Touch and Go Mini Mart, Building 1928, Naval Station Kaleloa, (formerly Naval Air Station Barber's Point), thereby causing damage to such property in some amount.

All in violation of Title 18, United States Code, Section 1361.

DATED: _November 8, 2002_, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_/s/ Ronald G. Johnson_
RONALD G. JOHNSON
Assistant U.S. Attorney

_/s/ Justin B. Clancy_
JUSTIN B. CLANCY
Special Assistant U.S. Attorney

UNITED STATES v. KURT N. ISHIKAWA
CR. NO.
INFORMATION